# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

September 23, 2020

<u>Via ECF</u>



Honorable Alison J. Nathan.  
United States District Judge  
40 Foley Square  
New York, NY 10007

      **Re:**    Miranda Franco et al v. Mi Barrio Meat Market Inc. et al  
                 20-cv-04983

Dear Judge Nathan:

      I represent Plaintiffs in the above referenced matter and submit this letter to request and adjournment of the Initial Conference, which is currently set for October 2, 2020. This is the first request of its kind. The reason for the request is that Plaintiff is still in the process of serving Defendants, and, therefore, no defendant has answered or otherwise appeared in the case. Accordingly, Plaintiff makes this request without the consent of Defendants.

      Plaintiff thus respectfully requests that the initial conference be adjourned 30 days so that Plaintiff can serve Defendants and so that Defendants have a chance to answer or otherwise respond to the complaint.

                                                    /s/ *Clela Errington*  
                                                    Clela A. Errington, Esq.

> The initial pre-trial conference in this matter is hereby adjourned to November 6, 2020 at 3 p.m. Plaintiff shall file an update on the status of service within one week of this Order. SO ORDERED.
>
> *[signature: Alison J. Nathan]*  
> 9/24/2020