USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jesus Miranda Franco,

        Plaintiff,

–v–

Mi Barrio Meat Market Inc., *et al.*,

        Defendants.

20-cv-4983 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:  November 4, 2020
          New York, New York

_____
ALISON J. NATHAN
United States District Judge