

Joey Tsai  T. 646.829.9001
535 5th Avenue  F. 646.829.9002
Fourth Floor  jtsai@tsaipllc.com
New York, NY 10017  www.tsaipllc.com
Admitted to practice law in
New York and New Jersey

September 16, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: *Franco, et al. v. Mi Barrio Meat Market Inc., et al. (20-cv-4983)*
         *Request for Extension of Time to Submit Settlement Approval*

Dear Judge Nathan,

    We represent Defendants in the above-referenced matter. The Parties jointly request an extension of time to submit a joint motion for settlement approval. The parties have finalized the settlement agreement and request a 1-week extension, until and including September 24, 2021, to execute the agreement.

    We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,
                                        /s/ Joey Tsai
                                        Joey Tsai
                                        *Attorney for Defendants*

cc:     Clela Errington, Esq. (VIA ECF)