

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
Admitted to practice law in New York and New Jersey

September 16, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/21

Re:   *Franco, et al. v. Mi Barrio Meat Market Inc., et al. (20-cv-4983)*
       *Request for Extension of Time to Submit Settlement Approval*

Dear Judge Nathan,

We represent Defendants in the above-referenced matter. The Parties jointly request an extension of time to submit a joint motion for settlement approval. The parties have finalized the settlement agreement and request a 1-week extension, until and including September 24, 2021, to execute the agreement.

We thank the Court for its time and attention to this matter.

SO ORDERED.

*Alison J. Nathan*
9/16/21

Respectfully submitted,
/s/ Joey Tsai
Joey Tsai
*Attorney for Defendants*

cc:   Clela Errington, Esq. (VIA ECF)