

Joey Tsai | T. 646.829.9001
535 5th Avenue | F. 646.829.9002
Fourth Floor | jtsai@tsaipllc.com
New York, NY 10017 | www.tsaipllc.com
Admitted to practice law in New York and New Jersey

September 24, 2021

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/21

   Re: *Franco, et al. v. Mi Barrio Meat Market Inc., et al. (20-cv-4983)*
      *Second Request for Extension of Time to Submit Settlement Approval*

Dear Judge Nathan,

  We represent Defendants in the above-referenced matter. The Parties jointly request an extension of time to submit a joint motion for settlement approval. The parties have finalized the settlement agreement and request a 5-day extension, until and including September 29, 2021, to execute the agreement. This is the second request for an extension.

  We thank the Court for its time and attention to this matter.

SO ORDERED.

*/s/ Alison J. Nathan*
9/28/21

            Respectfully submitted,
            /s/ Joey Tsai
            Joey Tsai
            *Attorney for Defendants*

cc: Clela Errington, Esq. (VIA ECF)