Privileged Settlement Communication                                          Subject to  Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jesus Miranda Franco** | 6/1/2014 | 12/31/2014 | 30 | 63 | 6 | $ 11.90 | $ 17.86 | $ 8.00 | $ 12.00 | $ 886.90 | $ 750.00 | $ 136.90 | $ 4,107.14 |
| | 1/1/2015 | 12/31/2015 | 52 | 63 | 6 | $ 11.90 | $ 17.86 | $ 8.75 | $ 13.13 | $ 886.90 | $ 750.00 | $ 136.90 | $ 7,119.05 |
| | 1/1/2016 | 12/31/2016 | 52 | 63 | 6 | $ 11.90 | $ 17.86 | $ 9.00 | $ 13.50 | $ 886.90 | $ 750.00 | $ 136.90 | $ 7,119.05 |
| | 1/1/2017 | 7/31/2017 | 30 | 63 | 6 | $ 11.90 | $ 17.86 | $ 11.00 | $ 16.50 | $ 886.90 | $ 750.00 | $ 136.90 | $ 4,107.14 |
| | 8/1/2017 | 12/31/2017 | 22 | 63 | 6 | $ 14.29 | $ 21.43 | $ 11.00 | $ 16.50 | $ 1,064.29 | $ 900.00 | $ 164.29 | $ 3,614.29 |
| | 1/1/2018 | 12/31/2018 | 52 | 63 | 6 | $ 14.29 | $ 21.43 | $ 13.00 | $ 19.50 | $ 1,064.29 | $ 900.00 | $ 164.29 | $ 8,542.86 |
| | 1/1/2019 | 9/30/2019 | 39 | 63 | 6 | $ 14.29 | $ 21.43 | $ 13.00 | $ 19.50 | $ 1,064.29 | $ 900.00 | $ 164.29 | $ 6,407.14 |
| | 10/1/2019 | 10/31/2019 | 4 | 73.5 | 7 | $ 14.29 | $ 21.43 | $ 15.00 | $ 22.50 | $ 1,353.75 | $ 1,050.00 | $ 303.75 | $ 1,215.00 |
| | 11/1/2019 | 12/31/2019 | 9 | 73.5 | 7 | $ 14.29 | $ 21.43 | $ 15.00 | $ 22.50 | $ 1,353.75 | $ 1,050.00 | $ 303.75 | $ 2,733.75 |
| | 1/1/2020 | 2/29/2020 | 8 | 73.5 | 7 | $ 14.29 | $ 21.43 | $ 15.00 | $ 22.50 | $ 1,353.75 | $ 1,050.00 | $ 303.75 | $ 2,430.00 |
| | 3/1/2020 | 6/8/2020 | 14 | 73.5 | 7 | $ 17.69 | $ 26.53 | $ 15.00 | $ 22.50 | $ 1,596.26 | $ 1,300.00 | $ 296.26 | $ 4,147.62 |
| | | | | | | | | | | | | | $ 51,543.04 |

1 **This chart is based upon preliminary information and the expected testimony of Plaintiffs.**
2 **Plaintiffs reserve the right to correct or amend this chart.**
3 **This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.**

Privileged Settlement Communication																				Subject to  Revision / Correction

| Plaintiff | Pay Period | |
|---|---|---|
| | From | To |
| **Jesus Miranda Franco** | 6/1/2014 | 12/31/2014 |
| | 1/1/2015 | 12/31/2015 |
| | 1/1/2016 | 12/31/2016 |
| | 1/1/2017 | 7/31/2017 |
| | 8/1/2017 | 12/31/2017 |
| | 1/1/2018 | 12/31/2018 |
| | 1/1/2019 | 9/30/2019 |
| | 10/1/2019 | 10/31/2019 |
| | 11/1/2019 | 12/31/2019 |
| | 1/1/2020 | 2/29/2020 |
| | 3/1/2020 | 6/8/2020 |

Privileged Settlement Communication                                              Subject to  Revision / Correction

| Plaintiff | Pay Period | | Total Per Period |
| --- | --- | --- | --- |
| | From | To | |
| **Jesus Miranda Franco** | 6/1/2014 | 12/31/2014 | $ 26,107.33 |
| | 1/1/2015 | 12/31/2015 | $ 24,699.85 |
| | 1/1/2016 | 12/31/2016 | $ 24,000.80 |
| | 1/1/2017 | 7/31/2017 | $ 14,283.22 |
| | 8/1/2017 | 12/31/2017 | $ 11,659.84 |
| | 1/1/2018 | 12/31/2018 | $ 28,191.13 |
| | 1/1/2019 | 9/30/2019 | $ 20,400.10 |
| | 10/1/2019 | 10/31/2019 | $ 3,468.58 |
| | 11/1/2019 | 12/31/2019 | $ 7,762.59 |
| | 1/1/2020 | 2/29/2020 | $ 6,851.29 |
| | 3/1/2020 | 6/8/2020 | $ 11,659.21 |
| | | | **$ 152,810.86** |