USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Miranda Franco et al.,

                Plaintiffs,

-against-

Mi Barrio Meat Market Inc.,

                Defendants.

1:20-cv-04983 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      This case contains claims under the Fair Labor Standards Act. On September 29, 2021, the parties submitted their proposed settlement agreement and related papers. (ECF No. 41.) On October 12, 2021 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 44.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable.[1] *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

      Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

---

[1] The Court notes that in reviewing the attorneys' time records, it appears that there are duplicative time entries on two different dates. (*See* Attorney Fee Breakdown, ECF No. 41-3, at 2 (Aug. 26, 2020 entry), 4 (Jan. 11, 2021 entry).) However, any difference in the total number of hours expended is not material given the contingency fee agreement.

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

DATED: New York, New York
October 14, 2021

_____
STEWART D. AARON
United States Magistrate Judge